Submitted on remand May 26, dismissed July 22, 1987

OREGONIAN PUBLISHING COMPANY et al,
*Appellants,*

*v.*

O'LEARY,
*Defendant,*
SAMS et al,
*Respondents.*

(85-1-108; CA A36591)

739 P2d 73

Charles F. Hinkle, E. Walter Van Valkenburg and Stoel, Rives, Boley, Fraser & Wyse, Portland, for appellants.

Kendall M. Barnes, Assistant Attorney General, Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem, for respondents.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

This case is before us on remand from the Supreme Court, 303 Or 297, 736 P2d 173 (1987). Appellants have moved to dismiss, and respondent does not oppose. We grant the motion.

Dismissed.